IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARK BOND,**<br><br>*Plaintiff*,<br><br>v.<br><br>**GEICO,**<br><br>*Defendant*. | Case No. 2:21-cv-02966-JDW |

## ORDER

AND NOW, this 25th day of October, 2021, for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion Of Defendant, Government Employees Insurance Company (Erroneously Identified As Geico) To Dismiss Plaintiff's Pro Se Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 2) is **GRANTED**. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

It is **FURTHER ORDERED** that, if Plaintiff seeks to file an Amended Complaint, he must do so on or before November 23, 2021. If he fails to comply, the Court will deem him to have stood on his initial Complaint and will close the case.

It is **FURTHER ORDERED** that, if Plaintiff files an Amended Complaint, he must do so in numbered paragraphs that state the factual basis for the claim and identify the legal causes of action that the Amended Complaint asserts.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge