IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BOND,<br><br>　　　　*Plaintiff*,<br>　v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>　　　　*Defendant*. | Case No. 2:21-cv-02966 |

### ORDER

AND NOW, this 4th day of March, 2022, upon consideration of the Motion Of Defendant, Government Employees Insurance Company (Erroneously Identified As GEICO) To Dismiss Plaintiff's November 17, 2021 Pro Se Complaint Pursuant To Federal Rule Of Civil Procedure 12(b)(6) (ECF No. 13), for the reasons stated in the accompanying Memorandum and in light of Plaintiff's failure to file an Opposition, it is **ORDERED** that the Motion is **GRANTED**. Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge